## RECONSIDERATION DOCKET

**97–1142.   Sutowski v. Eli Lilly & Co.**
Certified State Law Question, No. 1:97CV1283.   Reported at 82 Ohio St.3d 347, 696 N.E.2d 187.   On motion for reconsideration.   The motion fails for want of four votes on the following vote:
   MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., would deny.
   DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., would grant.
   RESNICK, J., not participating.

**98–835.   State v. Ferguson.**
Franklin App. No. 97APA05–674.   Reported at 82 Ohio St.3d 1452, 695 N.E.2d 265.   On motion for reconsideration.   Motion denied.
   MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**98–846.   Kagy v. Toledo Lucas Cty. Port Auth.**
Fulton App. No. 97–FU–9.   Reported at 82 Ohio St.3d 1477, 696 N.E.2d 604.   On motion for reconsideration.   Motion denied.
   DOUGLAS and LUNDBERG STRATTON, JJ., dissent.
   RESNICK, J., not participating.

## MISCELLANEOUS DISMISSALS

**98–357.   State ex rel. Snyder v. Cunningham.**
In Mandamus.   This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,
   IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
   ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.